PROB 12B
(7/93)

Report Date: April 6, 2010

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Eric Denny | Case Number: 2:01CR00076-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 06/05/2002 | Type of Supervision: Supervised release |
| Original Offense: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute More than 50 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1); Possesson with Intent to Distribute 3, 4-Methylenedioxymethamphetamine, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 03/30/2010 |
| Original Sentence: Prison - 120 Months; TSR - 60 Months | Date Supervision Expires: 03/29/2015 |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

Pursuant to U.S. v Stephens, the above modification with the offenders consent is being submitted to Your Honor for consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/06/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

Prob 12B
**Re:  Denny, Eric**
**April 6, 2010**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

s/ Fred Van Sickle
Signature of Judicial Officer

April 7, 2010
Date